Sandra I. Weishart (089782), sweishart@barwol.com
Ophir Johna (228193), ojohna@barwol.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California  90071
Telephone:  (213) 680-2800
Facsimile:  (213) 614-7399

Attorneys for Defendant
Banner Life Insurance Company

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANIS E. MORA, an individual, | CASE NO.: CV08-01516 AHM (FMOx) |
| Plaintiff, | Honorable A. Howard Matz |
| vs. | **ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE** |
| BANNER LIFE INSURANCE COMPANY, and DOES 1 through 50, inclusive, | Complaint Filed: 1/28/2008 |
| Defendants. | JS-6 |

c:\temp\notesfff692\[proposed] order on stip to dismiss.doc

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

## ORDER

IT IS HEREBY ORDERED that the above-captioned action is dismissed, with prejudice, with each party bearing her or its own attorneys' fees and costs and waiving all rights of appeal.

IT IS SO ORDERED.

DATED: December 5, 2008

_____

A. HOWARD MATZ
JUDGE, UNITED STATES DISRICT
COURT FOR THE CENTRAL DISTRICT
OF CALIFORNIA

Respectfully Submitted By:

Sandra I. Weishart
Ophir Johna
BARGER & WOLEN, LLP
633 West Fifth Street, 47th Floor
Los Angeles, California  90071
Tel:   (213) 680-2800
Fax:  (213) 614-7399

Attorneys for Defendant
Banner Life Insurance Company

[Proposed] ORDER ON STIPULATION TO DISMISS ACTION, WITH PREJUDICE